**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| GET BUSY LIVING SOLUTIONS, LLC; AND PHILADELPHIA SHOWCASE LOUNGE, LLC, | : No. 395 EAL 2016 |
| Petitioners | : Petition for Allowance of Appeal from : the Order of the Superior Court |
| v. | : |
| MAIN LINE INSURANCE OFFICE, INC.; CHRISTOPHER OIDTMAN; LANDMARK AMERICAN INSURANCE COMPANY AND USG INSURANCE SERVICES, INC. F/K/A USG INSURANCE SERVICES OF PENNSYLVANIA, INC., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.